UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

TAMARLY DANIER,

       Plaintiff,                                              **JURY DEMAND**

vs.

HEALTHCARE REVENUE RECOVERY GROUP, LLC.
and
JOHN DOE

       Defendants.
_____/

**COMPLAINT**
**JURY DEMAND**

1. Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, et seq. ("TCPA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331. Mims v. Arrow Fin. Servs. LLC, 132 S. Ct. 740 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC., ("HRRG") placed telephone calls into this District.

**PARTIES**

3. Plaintiff, TAMARLY DANIER ("Plaintiff), is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.     Defendant, HRRG, is a corporation with its principal place of business at 1643 N. Harrison Parkway, Building H, Suite 100, Sunrise, Florida, 33323.

5.     Defendant, John Doe, is the creditor on whose behalf, HRRG, was attempting to collect an alleged debt.

6.     Because John Doe is the creditor on whose behalf HRRG placed the calls, it is vicariously liable to Plaintiff with respect to the alleged violations of the TCPA. The Federal Communications Commission has held: "Similarly, a creditor on whose behalf an autodialed or prerecorded message call is made to a wireless number bears the responsibility for any violation of the Commission's rules." FCC, IN THE MATTER OF RULES AND REGULATIONS IMPLEMENTING THE TELEPHONE CONSUMER PROTECTION ACT OF 1991: REQUEST OF ACA INTERNATIONAL FOR CLARIFICATION AND DECLARATORY RULING, 07-232, f 10, (2007), ("FCC RUL. 07-232").

## FACTUAL ALLEGATIONS

7.     On or about October 7, 2010, Defendant, HRRG or others acting on its behalf, left several pre-recorded messages on Plaintiffs cellular telephone, on behalf of John Doe stating the following:

> "**Hello, This is HRRG Calling.  This is an attempt to collect a debt.  Any information will be used for that purpose.  Please call us at 800 984 9115 we look forward to your call.  Our number again is 800 984 9115.  Thank you.**"

8. Defendant, HRRG or another party acting on its behalf, left messages on other occasions using an Automatic Telephone Dialing System ("ATDS") or pre-recorded or artificial voice on Plaintiffs Cellular Telephone on behalf of John Doe, (Collectively "the telephone messages.")

9. None of the Defendants telephone calls placed to the plaintiff were for "emergency purposes" as specified in 47 U.S.C. 227(b)(1)(A).

10. Defendants willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT BY HRRG AND JOHN DOE

11. Plaintiff incorporates Paragraphs 1 through 10.

12. Defendant HRRG, or others acting at its request, on behalf of John Doe, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants, HRRG, and JOHN DOE for:

    a. Damages;

    b. a declaration that Defendants calls violate the TCPA;

    c. a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

        Respectfully submitted,

        LAWRENCE D. FELDER, ESQ.
        Attorney for Plaintiff
        1840 SE 1st Ave
        Ft. Lauderdale, FL 33316
        Telephone: 954-524-8808
        Email: Lawrencefelder@outlook.com

By:    s/ Lawrence D. Felder
        Lawrence D. Felder, Esq.
        Florida Bar No. 204498