# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 0:14-CV-62198-DTKH

**TAMARLY DANIER,**

      **Plaintiff,**

-vs-

**HEALTHCARE REVENUE RECOVERY
GROUP LLC. and JOHN DOE,**

      **Defendants.**

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, TAMARLY DANIER, and Defendant HEALTHCARE REVENUE RECOVERY GROUP, LLC., STIPULATE AND AGREE that all claims that the Plaintiff, TAMARLY DANIER, has asserted in this litigation have been resolved, and the parties stipulate that this action be dismissed with prejudice, with each party to bear their own fees and costs pursuant to Fed.R.Civ.P. 41(1)(1)(A)(ii).  Plaintiff confirms that this dismissal will dismiss the entire action.

DATED this 2nd day of December, 2015.

LAWRENCE D. FELDER, P.A.            HINSHAW & CULBERTSON LLP

*s/ Lawrence D. Felder*_____         *s/ David P. Hartnett*_____
Lawrence D. Felder                David P. Hartnett
1840 SE 1St Ave.                  Florida Bar No. 946631
Ft. Lauderdale, FL 33316        2525 Ponce de Leon Boulevard, 4th Floor
Telephone: 954-524-8808        Coral Gables, FL  33134
LALKALA@aol.com             Telephone:  (305) 358-7747
lawrencefelder@outlook.com      Primary Email:  dhartnett@hinshawlaw.com
                                 Email 2: clucas@hinshawlaw.com
                                 Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:14-CV-62198-DTKH**

**TAMARLY DANIER,**

      **Plaintiff,**

**-vs-**

**HEALTHCARE REVENUE RECOVERY**
**GROUP LLC. and JOHN DOE,**

      **Defendants.**
_____/

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

In consideration of the executed stipulation, it is

ORDERED AND ADJUDGED that the claims that the Plaintiff, **TAMARLY DANIER**,

has asserted in this action are hereby **DISMISSED WITH PREJUDICE**.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this _____ day

of December, 2015.


_____
DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Lawrence Felder, Esq. (LALKALA@aol.com
lawrencefelder@outlook.com)
David P. Hartnett, Esq. (dhartnett@hinshawlaw.com)